1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| SONIA MONTES DE OCA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SURGICAL CARE AFFILIATES, LLC a Delaware Corporation; and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO.: SACV14-00946 JLS(DFMx)<br>Assigned to Judge Josephine L. Staton<br><br>**ORDER TO DISMISS CLAIMS WITH PREJUDICE**<br><br>**[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]**<br><br>Complaint filed:   April 7, 2014<br><br>Removal Date:   June 19, 2014<br><br>Trial Date:       September 1, 2015 |

18
19

## <u>ORDER</u>

20     UPON REVIEW OF THE FOREGOING MATTERS, IT IS HEREBY

21 ORDERED, ADJUDGED AND DECREED as follows:

22     The instant action is hereby, dismissed with prejudice, with each party to

23 bear their own costs and attorneys' fees.

24     IT IS SO ORDERED

25

26 Dated: August 17, 2015

27

28

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
U.S. District Court

1

**ORDER TO DISMISS CLAIMS WITH PREJUDICE**